UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
HUGH KNIGHT, et al., : 18-cv-7172 (KMK)
:
Plaintiffs, : [PROPOSED] ORDER
: AUTHORIZING THE DEPOSITION
-against- : OF INCARCERATED PLAINTIFF
:
CARL KOENIGSMANN, M.D., et al., :
:
Defendants. :
------------------------------------------------------------ X

Upon the application of Defendants for leave to take the deposition of Plaintiff, Hugh Knight, DIN 93 A 1965, an inmate, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that an Assistant Attorney General may take the deposition of plaintiff Hugh Knight, DIN 93 A 1965, by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and Superintendent of the correctional facility where he is located. The Superintendent of the correctional facility shall produce inmate Hugh Knight, DIN 93 A 1965, to an appropriate place within the facility for the taking of his deposition beginning at 10:30 a.m. on December 17, 2020, or at such date and time that may hereafter be agreed upon by counsel for the parties, and

**IT IS FURTHER ORDERED** that Plaintiff appear in such place as designated by the Superintendent or other official in charge of the Correctional Facility so that his deposition may be taken in the number of sittings necessary to complete said deposition; and

**IT IS FURTHER ORDERED** that one of Plaintiff's attorneys may be physically present with the plaintiff for said deposition, provided however that such attendance is permitted under the applicable COVID-related restrictions in place at the Correctional Facility at the time of the

deposition, and that the attorney, if permitted to attend, otherwise adheres to all safety protocols and other requirements of said COVID-related restrictions, and all security rules and protocols of the Correctional Facility.

Dated: White Plains, New York

        \_\_\_\_\_December 14\_\_, 2020

So Ordered:

_____
Hon. Kenneth M. Karas
United States District Judge